*Rosen, Tsionis & Pizzo*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
atsionis@ajrlawny.com

AVRUM J. ROSEN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

------------

DEBORAH L. DOBBIN
DANIEL J. LEBRUN

February 12, 2026

**BY CM/ECF ONLY**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:     **Kramer v. Andreone, 25-01022-jmm**

Dear Judge Mazer-Marino:

This firm represents Debra Kramer, the plaintiff (the "Plaintiff") and Chapter 7 trustee in the above-referenced adversary proceeding.

The parties are unable to agree on the selection of a mediator. As such, the Plaintiff respectfully requests that the Court select a mediator for the parties.

Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned. Thank you.

Respectfully submitted,

*/s/ Alex E. Tsionis*
Alex E. Tsionis

Cc: All counsel of record (by CM/ECF)